B6F (Official Form 6F) (12/07)

IN RE **Dossantos, Caryn Ann** _____  Case No. **11-18903** _____
                            Debtor(s)                                                      (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3499915783924743**<br>**American Express**<br>**POB 15773**<br>**Wilmington, DE  19850** | | | **revolving charge card**<br>**since 2008** | | | | **5,000.00** |
| ACCOUNT NO. **001135887**<br>**American Medical Response**<br>**530 S Main St  #1041**<br>**Akron, OH  44311** | | | **Medical debt** | | | | **200.00** |
| ACCOUNT NO. **7497799901XXXX**<br>**Bank Of America**<br>**POB 17054**<br>**Wilmington, DE  19850** | | | **Debt consolidation for home improvements and repairs**<br>**since 2004** | | | | **41,000.00** |
| ACCOUNT NO. **229031131169**<br>**Bank Of America**<br>**C/O LTD Financial Services**<br>**7322 SW Freeway  #1600**<br>**Houston, TX  77074** | | | **Bank Overdraft** | | | | **1,000.00** |

____**4**____ continuation sheets attached

Subtotal (Total of this page) $ **47,200.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Dossantos, Caryn Ann** _____   Case No. **11-18903** _____
　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **XXX-XX-0882**<br>**Bank Of America**<br>**C/O LTD Financial Services**<br>**7322 SW Freeway #1600**<br>**Houston, TX 77074** | | | **Bank overdraft** | | | | **1,000.00** |
| ACCOUNT NO. **469596500539...**<br>**Barclays**<br>**POB 8803**<br>**Wilmington, DE 19899-8803** | | | **revolving charge card**<br>**since 2007** | | | | **2,000.00** |
| ACCOUNT NO. **700119192662**<br>**Best Buy**<br>**POB 15524**<br>**Wilmington, DE 19850** | | | **debt for misc purchases, videos, etc.** | | | | **6,600.00** |
| ACCOUNT NO. **138627083**<br>**Chadwick's of Boston**<br>**C/O World Financial Network**<br>**POB 182124**<br>**Columbus, OH 43218-2124** | | | **revolving charge card**<br>**since 2009** | | | | **1,000.00** |
| ACCOUNT NO. **Case #502010CC019832XX**<br>**Chase**<br>**C/O Philip A. Orsi, Esq**<br>**1191 E Newport Ctr Dr #101**<br>**Deerfield Beach, FL 33442** | | | **Lawsuit for debt**<br>**Case No.: 502010CC019832XXXXMB** | X | | | **0.00** |
| ACCOUNT NO. **419509200903XXXX**<br>**Chevron**<br>**C/O Genpact Services**<br>**POB 960012**<br>**Orlando, FL 32896** | | | **revolving charge card**<br>**since 2009** | | | | **2,500.00** |
| ACCOUNT NO. **546616002884XXXX**<br>**Citibank**<br>**C/O Patrick A Carey, PA**<br>**10967 Lake Underhill Rd #125**<br>**Orlando, FL 32825** | | | **revolving charge card**<br>**since 2009** | | | | **7,200.00** |

Sheet no. ___**1**___ of ___**4**___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   $ **20,300.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Dossantos, Caryn Ann** _____ Case No. **11-18903** _____
                          Debtor(s)                                                          (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **601100402853XXXX**<br>**Discover**<br>**POB 71084**<br>**Charlotte, NC  28272** | | | **revolving charge card**<br>**since 2004** | | | | **7,000.00** |
| ACCOUNT NO. **N/A**<br>**Elaine Simon, Esq**<br>**4440 PGA Blvd  #600**<br>**Palm Beach Gardens, FL  33410** | | | **Attorney's fees for divorce** | | | | **1,100.00** |
| ACCOUNT NO. **627645606849XXXX**<br>**Fingerhut**<br>**POB 166**<br>**Newark, NJ  07101** | | | **debt for mail order purchases**<br>**since 2010** | | | | **150.00** |
| ACCOUNT NO. **601918306861XXXX**<br>**GEMB/Care Credit**<br>**POB 981439**<br>**El  Paso, TX  79998-1439** | | | **Medical credit card**<br>**since 2009** | | | | **5,300.00** |
| ACCOUNT NO. **526835010405XXXX**<br>**Household Bank**<br>**12447 SW 69 Ave  Attn: Dispute Process.**<br>**Tigard, OR  97223-8517** | | | **unspecified / unknown debt** | | X | X | **0.00** |
| ACCOUNT NO. **XXX-XX-0882**<br>**HSBC Bank Nevada**<br>**C/O Apex**<br>**1120 W Lake Cook Rd #A**<br>**Buffalo Grove, IL  60089** | | | **revolving charge card**<br>**POSSIBLE DUPLICATE - BEST BUY** | | | | **6,500.00** |
| ACCOUNT NO. **600889536427XXXX**<br>**JC Penney**<br>**POB 965007**<br>**Orlando, FL  32896** | | | **revolving charge card**<br>**since 2009** | | | | **650.00** |

Sheet no. __**2**__ of __**4**__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  $ **20,700.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Dossantos, Caryn Ann** _____     Case No. **11-18903** _____
                          Debtor(s)                                              (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **64228155**<br>**JFK Hospital**<br>**C/O NCO Financial Systems**<br>**231 N Kentucky   #HBD**<br>**Lakeland, FL  33801** | | | **Medical debt** | | | | **250.00** |
| ACCOUNT NO. **4900249XXXX**<br>**Kohl's**<br>**POB 3115**<br>**Milwaukee, WI  53201** | | | **Dept store credit card since 2007** | | | | **2,000.00** |
| ACCOUNT NO. **47-955-201-627-1**<br>**Macy's**<br>**POB 689195**<br>**Des Moines, IA  50368-9195** | | | **revolving charge card since 2009** | | | | **700.00** |
| ACCOUNT NO. **585637372060XXXX**<br>**MedChoice**<br>**POB 182789**<br>**Columbus, OH  43218-8789** | | | **medical debt 2009** | | | | **7,100.00** |
| ACCOUNT NO. **68844XXXX**<br>**Metrostyle**<br>**POB 182789**<br>**Columbus, OH  43218** | | | **Dept store credit card since 1991** | | | | **1,300.00** |
| ACCOUNT NO. **968-796-465XXXX**<br>**Midnight Velvet**<br>**1112  7th  Ave**<br>**Monroe, WI  53566-1364** | | | **On line catalogue debt since 2010** | | | | **411.00** |
| ACCOUNT NO. **5218-5310-1918-6155**<br>**Paypal Mastercard**<br>**POB 960080**<br>**Orlando, FL  32896** | | | **revolving charge card since 2009** | | | | **1,200.00** |

Sheet no. __3__ of __4__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  $ **12,961.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Dossantos, Caryn Ann** _____    Case No. **11-18903** _____
           Debtor(s)                                                                                                (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Case #502010CC019832XXXX**<br>**Philip A Orsi, Esq**<br>**J P Morgan Chase & Co - Legal Dept**<br>**1191 E Newport Ctr Dr #101**<br>**Deerfield Beach, FL 33442-7736** | | | **Attorney's Fees**<br>**Case No 502010CC019832XXXXMB** | | X | | **0.00** |
| ACCOUNT NO. **5268-3501-0405-4668**<br>**Reward Zone Mastercard**<br>**POB 80045**<br>**Salinas, CA 93912** | | | **revolving charge card**<br>**since 2009** | | | | **300.00** |
| ACCOUNT NO. **504994141938XXXX**<br>**Sears**<br>**POB 6241**<br>**Sioux Falls, SD 57117** | | | **revolving charge card**<br>**since 2009** | | | | **1,650.00** |
| ACCOUNT NO. **5906283A1001**<br>**Sheridan Emergency Physician**<br>**545 W Lamar St**<br>**Cleveland, TN 37311** | | | **Medical debt** | | | | **150.00** |
| ACCOUNT NO. **603551-7935458900**<br>**Staples**<br>**C/O United Recovery**<br>**POB 722910**<br>**Houston, TX 77272-2910** | | | **misc. office supplies**<br>**since 2009** | | | | **700.00** |
| ACCOUNT NO. **64297XXXX**<br>**Target National Bank**<br>**POB 660170**<br>**Dallas, TX 75266** | | | **revolving charge card**<br>**since 1999** | | | | **1,500.00** |
| ACCOUNT NO. **899638951**<br>**Victoria's Secret**<br>**C/O World Omni**<br>**POB 659728**<br>**San Antonio, TX 78265** | | | **store credit card**<br>**sicne 2009** | | | | **1,000.00** |

Sheet no. __**4**__ of __**4**__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **5,300.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **106,461.00**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only