CGFD28 (9/19/08)



**ORDERED in the Southern District of Florida on July 12, 2011**

**Paul G Hyman Jr**
Chief United States Bankruptcy Judge

---

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 11–18903–PGH**

**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Caryn Ann Dossantos
aka Caryn Ann Dos Santos
82 Paxford Lane
Boynton Beach, FL 33426

SSN: xxx–xx–0882

## FINAL DECREE

The trustee, Michael R Bakst, having filed a final report that the estate has been fully administered, is discharged and the case is closed.